HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
AUSTIN CAREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00088-MJS |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER FOR** |
| | ) | **SENTENCING; ORDER** |
| vs. | ) | |
| | ) | Hon. Michael J. Seng |
| AUSTIN CAREY, | ) | Date: October 19th, 2017 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Austin Carey, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for sentencing at the October 19, 2017 sentencing and that he be allowed to appear by video from the United States District Court in Fort Wayne, Indiana. Because Mr. Carey has been found guilty of a misdemeanor offense, this Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Carey to appear by video for sentencing.

Mr. Carey currently resides in Fort Wayne, Indiana, with his mother. He has lived there since mid-August 2017. He has no plans to return to California this year and would incur significant expense to travel from Fort Wayne, Indiana to Yosemite National Park, and back, a distance of approximately 2,100 miles each way. Additionally, Mr. Carey sold his vehicle in September 2017 and lacks transportation for the drive between Fort Wayne and Yosemite. Mr.

1  Carey has been present at every court appearance he was required to be present at, including his

2  bench trial on August 9, 2017. Accordingly, Mr. Carey respectfully requests that the Court grant

3  a waiver of his right to be personally present and that he be permitted to appear via video from

4  the United States District Court in Fort Wayne, Indiana, for purposes of sentencing.

6                                        Respectfully submitted,

7                                        HEATHER E. WILLIAMS
8                                        Federal Defender

9  Date: October 3, 2017               */s/ Reed Grantham*
                                        REED GRANTHAM
10                                       Assistant Federal Defender
                                        Attorney for Defendant
11                                       AUSTIN CAREY

15                              **O R D E R**

16        **GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance

17  and to appear via video at the October 19, 2017 sentencing hearing in Case No. 6:16-mj-00088-

18  MJS, is hereby accepted and adopted as the order of this Court PROVIDED that Defendant make

19  suitable and timely arrangements to appear by video from the United States District Court in Fort

20  Wayne, Indiana.

22  IT IS SO ORDERED.

24     Dated:   October 6, 2017            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Carey – Request for Rule 43 Waiver for
Sentencing