# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>            *Plaintiff*,           )<br>                                                          )<br>vs.                                                 )<br>                                                          )<br>AUSTIN CAREY,                           )<br>                                                          )<br>            *Defendant*.             )<br>_____ ) | **NOTICE OF APPEAL**<br><br>United States Magistrate Court<br>No.     6:16-mj-00088-MJS |

Notice is hereby given that AUSTIN CAREY appeals to the United States District Court for the Eastern District of California from the:

- ( )  Conviction only
- (X)  Conviction and Sentence imposed on October 19, 2017, by United States Magistrate Judge Michael J. Seng
- ( )  Sentence only
- (X)  Order (specify):  ORDER AND JUDGMENT denying defendant's motion for acquittal pursuant to Rule 29, filed September 26, 2017

Bail Status:  Mr. Carey is out of custody.

|  |  |  |
|---|---|---|
|  |  | /s/ Reed Grantham |
|  |  | REED GRANTHAM |
|  |  | Assistant Federal Defender |
| Dated: October 31, 2017 | ADDRESS: | Office of the Federal Defender |
|  |  | 2300 Tulare Street, Suite 330 |
|  |  | Fresno, California 93721 |
|  | PHONE: | (559) 487-5561 |

---------------------------------------------------------------

Name of Court Reporter: ECRO
Transcript - Required:          (X) YES          ( ) NO
(If transcript is required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.)