# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **NOTICE OF APPEAL** |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | United States Magistrate Court |
| | ) | No.    6:16-mj-00088-MJS |
| AUSTIN CAREY, | ) | |
| | ) | |
| *Defendant*. | ) | |
| _____ | ) | |

    Notice is hereby given that AUSTIN CAREY appeals to the United States District Court for the Eastern District of California from the:

- ( )  Conviction only
- (X)  Conviction and Sentence imposed on October 19, 2017, by United States Magistrate Judge Michael J. Seng
- ( )  Sentence only
- (X)  Order (specify):  ORDER AND JUDGMENT denying defendant's motion for acquittal pursuant to Rule 29, filed September 26, 2017

Bail Status:  Mr. Carey is out of custody.

                                        /s/ Reed Grantham
                                        REED GRANTHAM
                                        Assistant Federal Defender

Dated: October 31, 2017        ADDRESS:   Office of the Federal Defender
                                                      2300 Tulare Street, Suite 330
                                                      Fresno, California 93721
                                PHONE:     (559) 487-5561
---------------------------------------------------------------

Name of Court Reporter: ECRO
Transcript - Required:      (X) YES      ( ) NO
(If transcript is required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.)