HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
AUSTIN CAREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00088-MJS |
| Plaintiff, | **NOTICE OF DISTRICT COURT ORDER AND REQUEST FOR STAY; [PROPOSED] ORDER** |
| vs. | |
| AUSTIN CAREY, | Judge: Hon. Jeremy D. Peterson<br>Time: TBD |
| Defendant. | Court: TBD |

Pursuant to the October 19, 2017 Order of this Court, Austin Carey, by and through his attorney, Assistant Federal Defender Reed Grantham, hereby provides notice to this Court of the district court's ruling on Mr. Carey's appeal in District Court Case No. 1:17-cr-00252-LJO and moves this Court to continue to stay imposition of sentence, commencement of unsupervised probation, and payment of restitution until the matter is appealed to the Ninth Circuit Court of Appeals.

**I.     PROCEDURAL HISTORY**

On September 26, 2017, following a bench trial held on August 9, 2017, this Court issued its Order and Judgment denying Mr. Carey's motion for judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure and finding Mr. Carey guilty of violating 36 C.F.R. § 2.34(a)(4) and 36 C.F.R. § 2.17(a)(3). *See* Dkt. No. 9. On October 19, 2017, this Court sentenced Mr. Carey to serve 24 months of unsupervised probation and ordered him to pay a fine

of $5,000 and complete 300 hours of community service.[1] *See* Dkt. No. 13. At the time of sentencing, this Court stayed imposition of the sentence, commencement of the term of unsupervised probation, and payment of restitution[2] "pending District Court resolution of Defendant's appeal, if any, to the District Court." *Id.* The Court further ordered Mr. Carey to "advise the Court of District Court resolution of any such appeal and schedule a status conference in this Court within 30 days of such resolution, unless the District Court orders otherwise." *Id.*

On October 31, 2017, Mr. Carey filed a Notice of Appeal to the district court. *See* Dkt. No. 15 in District Court Case No. 1:17-cr-00252-LJO. Briefing on the issues presented on appeal was submitted to the district court by March 9, 2018. *See* Dkt. Nos. 25, 26, and 27 in District Court Case No. 1:17-cr-00252-LJO. On May 9, 2018, the district court issued its Order on Appeal of Conviction by Magistrate Judge, denying Mr. Carey's appeal and affirming his conviction. *See* Dkt. No. 28 in District Court Case No. 1:17-cr-00252-LJO. The district court did not address the stay currently in place in its Order. *Id.*

On May 21, 2018, Mr. Carey filed a Notice of Appeal to the Ninth Circuit Court of Appeals. *See* Dkt. No. 29 in District Court Case No. 1:17-cr-00252-LJO. A briefing schedule for the appeal has been set before the Ninth Circuit, with the opening brief due by August 21, 2018.

## II.     ARGUMENT

Pursuant to Rule 38 of the Federal Rules of Criminal Procedure, Mr. Carey renews his request to stay imposition of the sentence, commencement of the term of unsupervised probation, and payment of restitution until his appeal to the Ninth Circuit is resolved. As set forth in Mr. Carey's briefing before the district court (*see* Dkt. Nos. 25 and 27), his appeal raises two significant issues, including one issue that represents a question of first impression in this Circuit. *See* Dkt. Nos. 25, 27 in District Court Case No. 1:17-cr-00252-LJO.

Specifically, Mr. Carey argues that the magistrate judge violated Mr. Carey's right to due process of law when the Court improperly shifted the burden of proof to Mr. Carey to prove an

---

[1] At a further hearing on December 5, 2017, this Court also ordered restitution of $492.30. *See* Dkt. No. 18.

[2] Payment of restitution was stayed by the Court at the December 5, 2017 hearing. *See* Dkt. No. 18.

Carey: Notice of District Court
Order and Request for Stay                    -2-

essential element of 36 C.F.R. § 2.17(a)(3). Previously, the district court in *United States v. Oxx*, 56 F. Supp. 2d 1214 (D. Utah 1999), the only other court to have directly considered the issue, held that the government bore the burden of proving this element of the offense. The Ninth Circuit has not yet resolved which party bears the burden of proving this element of 36 C.F.R. § 2.17(a)(3). In addition, Mr. Carey argues that the magistrate judge erred by failing to recuse himself after improperly reading and considering particularly prejudicial and inflammatory extrajudicial news media regarding Mr. Carey after the close of evidence and before a finding of guilt. Because Mr. Carey's appeal to the Ninth Circuit raises substantial questions of law and presents at least one issue of first impression, a continued stay while this case is pending before the Ninth Circuit is appropriate to prevent irreparable harm to Mr. Carey.

Mr. Carey was sentenced by this Court on October 19, 2017. Since then, he has had no new law violations or arrests.

### III.   CONCLUSION

For the foregoing reasons, this Court should continue to stay imposition of the sentence, commencement of unsupervised probation, and payment of restitution until the matter is resolved on appeal to the Ninth Circuit.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: June 7, 2018                    */s/ Reed Grantham*
                                              REED GRANTHAM
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              AUSTIN CAREY

# **O R D E R**

**GOOD CAUSE APPEARING,** Defendant's request to stay imposition of sentence, commencement of unsupervised probation, and payment of restitution is STAYED pending Defendant's appeal of the district court's Order to the Ninth Circuit Court of Appeals.

Dated: _____      _____
                                    Honorable Jeremy D. Peterson
                                    United States Magistrate Judge